ILND 450 (Rev. 04/29/2016)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Cristian Napoles Sanchez

Plaintiff(s),

v.

Samuel Olson, et al.

Defendant(s).

Case No. 25-cv-14405

Judge Jorge L. Alonso

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

[✓] in favor of plaintiff(s) Cristian Napoles Sanchez
and against defendant(s) Sam Olson, et al.
in the amount of $

which [ ] includes     pre–judgment interest.
[✓] does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

[ ] in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[✓] other: The Court grants Petitioner's Petition for a Writ of Habeas Corpus because he is being held without the possibility of release on bond in violation of 8 USC § 1226(a). The Court orders his immediate release and Defendants to conduct a bond hearing within 14 days, at which Respondents will have the burden to show by clear and convincing evidence that Petitioner poses a danger to the community or poses a risk of flight such that detention is necessary. The Court enjoins Respondents from denying bond on the basis that 8 U.S.C. § 1225(b)(2) applies to him.

This action was *(check one)*:

[ ] tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
[ ] tried by Judge                          without a jury and the above decision was reached.
[✓] decided by Judge Jorge L. Alonso              on 3/18/2026

Date: 3/18/2026

_____

Jorge L. Alonso
United States District Judge